**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

| | |
|---|---|
| Irving Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff | 22 **CIVIL** 6502 (JSR)<br>22 **CIVIL** 6512 (JSR)<br>22 **CIVIL** 7173 (JSR)<br>22 **CIVIL** 7189 (JSR) |
| Plaintiff-Appellee, | 22 **CIVIL** 7195(JSR)<br>22 **CIVIL** 7372 (JSR) |
| -against- | 22 **CIVIL** 7788 (JSR) |
| Multi-Strategy Fund Limited, Banque Syz & Co. SA, Lloyds TSB Bank PLC, Banque Cantonale Vaudoise, Bordier & Cie, Barclays Bank (Suisse) S.A., and Delta National Bank and Trust Company, | **JUDGMENT** |
| Defendants-Appellants. | |

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated November 3, 2022, the Court denied each of Defendants-Appellants' motions seeking interlocutory appeal. That decision is hereby reaffirmed, and the Clerk is directed to close each of the above-captioned cases.

**Dated:** New York, New York
November 4, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** _____

**Deputy Clerk**